In the Matter of JENNIFER AMOROSI, Appellant, v SOUTH COLONIE INDEPENDENT CENTRAL SCHOOL DISTRICT et al., Respondents.

Submitted October 9, 2007; decided October 11, 2007

Reported below, 34 AD3d 1073.

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief must be served and an original and 24 copies filed within seven days.

MANUEL ARONS, Respondent, v ROBERT JUTKOWITZ et al., Appellants, et al., Defendant.

Submitted October 9, 2007; decided October 11, 2007

Reported below, 37 AD3d 94.

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of DATA TREE, LLC, Appellant, v EDWARD P. ROMAINE, Respondent.

Submitted October 9, 2007; decided October 11, 2007

Reported below, 36 AD3d 804.

Motion by Advance Publications, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

JOHN DERAFFELE, Appellant, v 210-220-230 OWNERS CORP. et al., Respondents.

Submitted July 16, 2007; decided October 11, 2007

Reported below, 33 AD3d 752.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 8 NY3d 814 (2007)].